IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE LOCAL 309 WIREMAN'S PENSION TRUST, ET AL., | ) ) ) ) |
| Plaintiffs, | ) Case No. 3:20:-CV-01350-MAB ) |
| vs. | ) ) |
| K & F ELECTRIC, INC., ET AL., | ) |
| Defendants. | |

# CONSENT JUDGMENT

**BEATTY, Magistrate Judge:**

This matter is before the Court on the Notice of Settlement and the parties' joint stipulation for entry of judgment by consent (Docs. 37; 37-1).

After careful consideration of the motion and the record in this case, Defendant is liable to Plaintiffs;

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the parties' Joint Stipulation, the Court hereby issues a Consent Judgment in favor of Plaintiffs and against K & F Electric, Inc., in the total amount of $92,354.35 broken down as follows: $32,730.92 in unpaid contributions and working dues; $6,500.09 in interest on the late paid and unpaid contributions for the working months of August through October 2020; $768.19 in liquidated damages to the NEBF; $9,078.00 in attorneys' fees and costs related to the August through October 2020 delinquencies; and $32,577.15 in outstanding balance on

the June 22, 2020 Consent Judgment and $10,700 in attorneys' fees and costs to Plaintiffs 309 Funds.

Remaining Defendants Zak Companies, Inc. and Franklin Mechanical, Inc. are dismissed without prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court shall retain jurisdiction over this matter to enforce the Consent Judgment.

DATED: February 2, 2022

**MARGARET M. ROBERTIE,**

**Clerk of Court**

BY: /s/ Jennifer Jones
    **Deputy Clerk**

APPROVED: /s/ Mark A. Beatty
    **MARK A. BEATTY**
    **United States Magistrate Judge**